IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

KIMBERLY HALE,

        Plaintiff,

v.                              Civil Action No. 2:13-cv-33608

JOHNSON & JOHNSON, and
ETHICON, INC.,

        Defendants.

**MEMORANDUM OPINION AND ORDER**

On August 27, 2020, I entered an order directing plaintiff to show cause on or before September 10, 2020, why her case should not be dismissed without prejudice as to the remaining defendants pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. Plaintiff has not shown cause. The court **ORDERS** that plaintiff's case must be dismissed without prejudice pursuant to Rule 4(m) for failure to serve the remaining defendants within 90 days after the complaint was filed.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                                          ENTER:  September 18, 2020

                                          JOSEPH R. GOODWIN
                                          UNITED STATES DISTRICT JUDGE